UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
In re Application of                                         :
                                                             :
RAPHAEL AVRAHAM STERNBERG,                                   :      1:25-mc-00191 (ALC)
                                                             :
Petitioner for an Order Pursuant to 28 U.S.C. § 1782         :      ORDER
to Conduct Discovery for Use in a Foreign Proceeding         :
------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., United States District Judge:**

Having considered the Amended Application for an Order of Judicial Assistance pursuant to 28 U.S.C. § 1782 (the "Amended Application"), *see* ECF No. 11, the memorandum of law in support of the Amended Application, *see* ECF No. 12, the supporting declarations, and all prior pleadings in this matter, the Court finds that it is within its authority and discretion to grant the Amended Application, as the requirements of 28 U.S.C. § 1782 have been satisfied and the *Intel* factors favor such a result. *See, e.g.*, *Mees v. Buiter*, 793 F.3d 291, 298 (2d Cir. 2015) (citing *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004)). This is without prejudice to the timely filing of a motion to quash or other challenge to the subpoenas and, subject to reconsideration in such an event.

Accordingly, Petitioner Raphael Avraham Sternberg's Amended Application, ECF No. 11, is **GRANTED**. Counsel for Petitioner is appointed to issue, sign, and serve the proposed subpoenas which were filed with this Court as Exhibits to the Amended Application, *see* ECF No. 12-3. A copy of this Order shall be served with each discovery demand. Respondents shall comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court.

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 11 as granted and the pending motion at ECF No. 3 as moot, and to close this miscellaneous case.

**SO ORDERED.**
**Dated:** **June 18, 2025**
    **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**