USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/24/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re Application of

**RAPHAEL AVRAHAM STERNBERG**

Petitioner for an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in a Foreign Proceeding

------------------------------------------------------------------ x

1:25-mc-00191 (ALC)

**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., District Judge:**

On November 14, 2025, Petitioner filed a letter motion requesting a pre-motion informal conference for an anticipated Motion to Compel and/or Motion for Contempt directed to Modern Remedies Pharmacy, Inc. ECF Nos. 17, 18.

Respondent Modern Remedies Pharmacy, Inc. is hereby ordered to respond to the letter motion indicating its position by November 28, 2025.

**SO ORDERED.**

Dated:   **November 24, 2025**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**