MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/1/25___

LAW OFFICES OF

# ELAN I. BARET, P.A.

ELAN I. BARET, ESQ.
CHRISTOPHER S. SALIVAR, ESQ.

3999 SHERIDAN STREET, 2ND FLOOR
HOLLYWOOD, FLORIDA 33021

TEL: (954) 486-9966
FAX: (954) 585-9196

WWW.BARETLAWGROUP.COM

November 28, 2025

**Via ECF (courtesy copy emailed to chambers
per Individual Instructions)**:

To:    The Honorable Andrew L. Carter, Jr.
       Thurgood Marshall United States Courthouse
       Southern District of New York
       40 Foley Square, Courtroom 444
       New York, NY 10007

> ***In Re Application of Raphael Avraham Sternberg***
> Case No. 1:25-mc-00191

Dear Judge Carter,

After service of the Letter Motion to Compel and/or Motion for Contempt at DE # 18 and service of your honor's Order entered at DE # 19, Modern Remedies Pharmacy has produced records responsive to the Court's approved and served subpoena. This compliance renders the Motion filed by your undersigned moot, and as this Notice of Withdrawal of the Motion is hereby filed as no further action of the Court is required as to DE # 18.

Respectfully submitted,

By: */s/ Christopher S. Salivar, Esq.*
Christopher S. Salivar, Esquire
Florida Bar No.: 57031

BARET LAW GROUP, P.A.
3999 Sheridan Street, 2nd Floor
Hollywood, Florida 33021
Tel: (954) 486-9966
Facsimile: (954) 585-9196
Email: cs@baretlawgroup.com

The Clerk of Court is respectfully directed to
terminate the pending letter motions at ECF
Nos. 17, 18.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 1, 2025
New York, NY